IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:   Hickman, Nianna          )      Case No.  07 B 20006
                                  )      Judge Eugene R. Wedoff

                                         Debtor Attorney:

                                         Robert J Semrad & Associates
                                         20 S Clark St 28th Flr
                                         Chicago, IL 60603

Nianna Hickman                           Mail
3947 W Huron
Chicago, IL 60624

Mail

# Notice of Payment of Final Mortgage Cure Amount

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Marilyn O. Marshall, files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** BAC Home Loan Servicing

## Final Cure Amount

| Court Claim# | Claim Account# | Claim Asserted | Amount Allowed | Paid |
|---|---|---|---|---|
| 1 | 5101/8461 | $6,950.28 | $6,950.28 | $6,950.28 |
| Total Amount Paid by Trustee | | | | $6,950.28 |

## Monthly Ongoing Mortgage Payment
Mortgage is Paid:
_____ Through the Chapter 13 Conduit          X_____ Direct by the Debtor(s)

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim; and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 28th day of February, 2012.

02/28/12                                        /s/ Rosalind Lanier
Date                                                Marilyn O. Marshall
                                                    Chapter 13 Trustee
                                                    Office of the Chapter 13 Trustee
                                                    Suite 800
                                                    224 South Michigan Avenue
                                                    Chicago, IL 60604-2500

Debtor                                          US Trustee
Nianna Hickman                                  Patrick S. Layng
3947 W Huron                                    Office of the United States Trustee
Chicago, IL 60624                               Dirksen Federal Court House
                                                219 S Dearborn St Rm 873
                                                Chicago, IL 60604

                                                 Claim Holder
                                                 BAC Home Loan Servicing
                                                 7105 Corporate Drive
                                                 Mail Stop PTX C-35
                                                 Plano, TX 75024

Debtors Attorney                                 Attorney for Claim Holder
Robert J Semrad & Associates                    c/o BAC Home Loan Servicing
20 S Clark St 28th Flr                           7105 Corporate Drive
Chicago, IL 60603                                Mail Stop PTX C-35
                                                 Plano, TX 75024